UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Iconik Capital KG, and<br>Metrics Hongkong Pvt. Ltd<br><br>　　　Plaintiffs,<br><br>v.<br><br>John Doe<br><br>　　　Defendant<br><br>&<br><br>Citibank N.A.,<br><br>　　　Nominal Defendant | Case No. <u>1:25-cv-5285</u><br><br>[PROPOSED] ORDER GRANTING<br>PRELIMINARY INJUNCTION |

Upon consideration of Plaintiffs' motion for a preliminary injunction, the supporting declarations and exhibits, the memorandum of law, and after hearing argument from counsel at the Order to Show Cause hearing on June 30, 2025, the Court finds that Plaintiffs have demonstrated (i) a likelihood of success on the merits, (ii) a likelihood of irreparable harm in the absence of injunctive relief, (iii) that the balance of equities tips in Plaintiffs' favor, and (iv) that the public interest supports the issuance of an injunction.

**IT IS HEREBY ORDERED THAT:**

1.　　Citibank, N.A. ("Citibank"), along with its officers, agents, employees, and all persons acting in concert with it, is hereby restrained and enjoined from transferring, releasing, withdrawing, or otherwise disposing of, or permitting access to, any portion of the funds currently held in the Citibank account ending in -6536 in the name of "XZY LLC", which account was held out by Defendant John Doe to Plaintiff Iconik as being in the name of "Metrics

1

Hongkong Pvt. Ltd." , and which account was confirmed this morning by email from Citibank's counsel to contain $1,500,013.70 million USD, pending further order of this Court or final resolution of this action.

2.  Citibank shall continue to preserve and maintain the account and all funds therein, and shall not transfer, close, or otherwise alter the status of the account without further order of this Court.

3.  Citibank shall preserve and maintain all documents and communications relating to the subject account, including but not limited to account opening materials, know-your-customer (KYC) documents, internal communications, and records of any investigative or fraud-related reviews.

4.  Citibank shall confirm in writing to Plaintiffs' counsel within five (5) business days of service of this Order that it has taken all necessary steps to stop any transfer, release, or disposition of the subject funds and to preserve the account in accordance with this Order.

5.  No bond shall be required from Plaintiffs at this time, as the relief granted is equitable in nature and intended to maintain the status quo.

6.  This preliminary injunction shall remain in effect until further order of this Court.

Dated: 8/13/25

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE