```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| ICONIK CAPITAL KG, et al.  |                  |
|---|---|
| Plaintiffs, | 25-cv-5285 (JSR) |
| -v- | ORDER |
| JOHN DOE, et al. | |
| Defendants. | |

JED S. RAKOFF, U.S.D.J.:

Plaintiffs submitted a letter to the Court on September 3, 2025, indicating that defendants ignored successive attempts to schedule a joint call to chambers in connection with plaintiffs' anticipated Motion for a Turnover Order. Accordingly, the Court orders the plaintiffs to submit their motion by September 15, defendants to file their response by September 22, and for plaintiffs to reply by September 25. No oral argument will be held.

SO ORDERED.

New York, NY
September 8, 2025

JED S. RAKOFF, U.S.D.J.