UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Iconik Capital KG, and<br>Metrics Hongkong Pvt. Ltd<br><br>　　　　Plaintiffs,<br><br>v.<br><br>John Doe,<br><br>　　　　Defendant,<br><br>&<br><br>Citibank N.A.,<br><br>　　　　Nominal Defendant,<br>&<br><br>XZY LLC,<br><br>　　　　Nominal Defendant. | Case No. <u>1:25-cv-5285</u><br><br>[PROPOSED] ORDER DIRECTING TURNOVER OF FRAUDULENTLY TRANSFERRED FUNDS |

　　WHEREAS, this matter comes before the Court on Plaintiff's Motion for Turnover of Funds in the amount of $1,500,000.00, originating from Plaintiff Iconik Capital KG and wrongfully transferred, without authorization, into an account at Citibank, N.A., falsely identified as belonging to Metrics Hongkong Pvt. Ltd., through fraud or misrepresentation induced by an unknown individual designated herein as "John Doe";

　　WHEREAS, the funds were transferred to a Citibank account under ownership of XZY LLC,

　　WHEREAS, Plaintiffs have sufficiently demonstrated that such funds are traceable and remain in the possession, custody, or control of Citibank and are not lawfully owned by any bona fide third party;

**WHEREAS**, on June 25, 2025, this Court entered a Temporary Restraining Order restraining Citibank, N. A., from allowing withdrawal, transfer, or dissipation of the subject funds pending further order of the Court;

**WHEREAS**, on August 13, 2025, the Court entered the Preliminary Injunction pursuant to the hearing held on June 30, 2025;

**WHEREAS**, the owner of the Citibank account, XZY LLC, was placed on notice of this claim on August 20, 2025 with personal service of the Amended Complaint and Summons, adding XZY LLC to this matter;

**WHEREAS**, the undersigned counsel will continue to serve notice of these papers and all filings with the court, and all notices and entries in ECF, to (i) Citibank, N.A., and to (ii) XZY LLC through courier or email, until Defendant(s), has counsel entering an appearance in this case;

**WHEREAS**, based upon pleadings, record, and submissions, this Court finds good cause to believe that the funds in question were obtained from Plaintiffs through fraudulent means and that equitable relief is warranted to restore Plaintiffs to the status quo ante;

**IT IS HEREBY ORDERED** that:

1. Citibank, N.A. shall immediately release and transfer the funds currently held in an account in the name of XZY LLC or otherwise identified as the proceeds of the unauthorized/fraudulent transfer, in the amount of **one million, five-hundred thousand dollars ($1,500,000 USD)**, payable to Plaintiff "Iconik Capital KG" via Check to be sent by courier with tracking and signature required on delivery to its counsel at the following address:

   **Chugh LLP**
   295 Pierson Avenue, Suite 201
   Edison, NJ 08837
   Attention: Maureen Abbey Scorese, Esq.

2. Upon Iconik's receipt of the funds, Citibank shall be **DISMISSED** from this action and all claims against it shall be **DISMISSED WITH PREJUDICE**.

3. No person or entity, including "John Doe" or XZY LLC, or any third party claiming through either, shall interfere with the release of such funds, absent further Order of this Court;

4. Absent any further appearance of counsel for any Defendant named herein, having been given the appropriate time to appear and to respond pursuant to the Federal Rules of Civil Procedure, the case shall be **DISMISSED WITH PREJUDICE**.

5. A copy of this Order shall be served upon Defendants by email (Citibank) and by FedEx (XZY LLC), and proof of service shall be filed with the Court.

SO ORDERED.

Dated: 10/30/25

_____
HON. JED S. RAKOFF
UNITED   STATES   DISTRICT   JUDGE